904

No. 389, Misc. JENNINGS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 402, Misc. JENDREJK v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 403, Misc. GARCIA v. MARTIN, WARDEN. Appellate Divison of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 404, Misc. DONALDSON v. FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 405, Misc. SOMERVILLE v. TUCKER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 410, Misc. GAMBINO v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 415, Misc. NEWBERRY v. PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 416, Misc. GIOVENGO v. PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 418, Misc. FERNANDEZ v. CULVER, STATE PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.